1: 35
OF COURT

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM | ) CRIMINAL CASE NO. CF0246-08 |
| | ) |
| | ) |
| | ) |
| vs. | ) DECISION AND ORDER |
| | ) (The People's Motion to Compel |
| | ) Discovery) |
| | ) |
| MANNIX FRANK SONGENI, | ) |
| Defendant. | ) |
| | ) |
| | ) |

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on November 4, 2009, for a hearing on the People of Guam's ("the People") Motion to Compel Discovery. Attorney Sally Tobin appeared on behalf of the People. Attorney Pablo M. Aglubat appeared on behalf of Mannix Frank Songeni ("Defendant"). Upon review of the evidence, oral and written arguments, and legal authorities presented by both attorneys, the court hereby issues this Decision and Order.

## BACKGROUND

On February 25, 2009, the Court issued a Criminal Trial Scheduling Order. In the Criminal Trial Scheduling Order, the Court ordered that mutual discovery must be exchanged

pursuant to 8 G.C.A. § 70.10 and 70.25(b) and (c). The Court in its order reminded the parties of their continued duty to disclose pursuant to 8 G.C.A. § 70.40.

On October 29, 2009, the People filed a Motion to Compel Discovery. In the Motion, the People ask that Defendant disclose "the nature of his defense" and any report or statement" prepared and used at trial. The People's Motion to Compel Discovery (October 29, 2009). On October 30, 2009, Defendant filed an Opposition to People's Motion to Compel Discovery. Defendant argued that he has complied with the discovery statues and tendered over to the People all that is required by statute. Defendant's Opposition to People's Motion to Compel Discovery at 2 (October 30, 2009). The Court now addresses the People's Motion to Compel Discovery.

## DISCUSSION

The People argued the Court must compel Defendant to disclose the nature of his defense. The People's Motion to Compel Discovery (October 29, 2009). "Upon noticed motion by the prosecuting attorney, the court may order . . . [t]he defendant's attorney to state the nature of any defense which he intends to use at trial and the name and address of any person whom the defendant's attorney intends to call as a witness in support thereof." 8 G.C.A. § 70.25(c).

The Court determines that Defendant has complied with 8 G.C.A. § 70.25(c). Defendant in his trial memorandum relies on the presumption of innocence and alibi. Defendant's Trial Memorandum (October 20, 2009). Defendant also filed a witness list – which stated who he intends to call to witness stand. See Defendant's Witness List. Therefore, the Court will deny the People's Motion to Compel Discovery.

The People also argued that Defendant must be compelled to disclose any report or statement prepared for trial. The People's Motion to Compel Discovery (October 29, 2009). The

Defendant must "disclose to the prosecuting attorney or permit the prosecuting attorney to inspect and copy any report or statement of an expert . . . which the defense attorney intends to use in the trial." 8 G.C.A. § 70.25(b). The Court determines that Defendant has not offered an expert witness to testify, nor has Defendant offered a report compiled by an expert. <u>Motion Hearing</u> at 9:37 a.m. (November 4, 2009). Therefore, the Court will deny the People's Motion to Compel Discovery.

**CONCLUSION**

By preponderance of the evidence and based on the foregoing reasons, the Court DENIES the People's Motion to Compel Discovery.

**SO ORDERED** this __9__ day of __NOV.__, 2009.


_____
HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

NOV - 9 2009


Amando D. Quitoriano
Deputy Clerk, Superior Court of Guam